# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Nhuong Van Nguyen<br><br>Plaintiffs,<br><br>v.<br><br>Jackson Lucky, *et al.*<br><br>Defendants. | Case No.<br>EDCV 18-1452-JGB (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith,

IT IS HEREBY ADJUDGED that Plaintiff's Complaint is dismissed without leave to amend and this action is dismissed with prejudice.

Dated: October 16, 2018

THE HONORABLE JESUS G. BERNAL
United States District Judge